# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CARINA DIANE BACA,

        Plaintiff,

v.                                                                      No. CV 17-449 CG

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

        Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMAND FOR FURTHER PROCEEDINGS

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion to Remand for Further Proceedings*, (Doc. 16), filed December 6, 2017. The Court, having read the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the cause to the Commissioner for further administrative proceedings and to obtain additional evidence as needed. Upon remand, the Appeals Council will remand the matter to a different ALJ for a *de novo* hearing and a new decision.

                                                        _____
                                                        THE HONORABLE CARMEN E. GARZA
                                                       UNITED STATES MAGISTRATE JUDGE