## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CARINA DIANE BACA,

      Plaintiff,

v.                                                                            No. CV 17-449 CG

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

      Defendant.

## **FINAL JUDGMENT**

Pursuant to the Court's *Order Granting Defendant's Unopposed Motion to Remand for Further Proceedings*, (Doc. 17), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE